# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

No. 1D2023-0969

———————————————————

ANTHONY JACKSON,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

———————————————————

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

August 20, 2024

PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Jessica J. Yeary, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Daren L. Shippy, Assistant Attorney General, Tallahassee, for Appellee.